IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC FOREMAN,

        Plaintiff,                          Case No. 22-cv-205-SPM

v.

SCENTAIR TECHNOLOGIES, LLC,

        Defendant

_____/

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation and Order for Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: May 31, 2022                Respectfully Submitted,

                                           /s/ Benjamin J. Sweet
                                          Benjamin J. Sweet, Esq.
                                          **NYE, STIRLING, HALE & MILLER, LLP**
                                          1145 Bower Hill Road, Ste. 104
                                          Pittsburgh, Pennsylvania 15243
                                          Telephone: 412-857-5350
                                          Email: ben@nshmlaw.com

                                          *Attorney for Eric Foreman*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 31st day of May, 2022.

>                                    */s/ Benjamin J. Sweet*
>                                    Benjamin J. Sweet