IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-00205-SPM |

## STIPULATION FOR DISMISSAL

Plaintiff, ERIC FOREMAN, and Defendant, SCENTAIR TECHNOLOGIES, LLC, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

　Dated: June 24, 2022

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | K&L GATES LLP |
| By:　*/s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243<br>Phone: (412) 857-5350 | By:　*/s/ Carol Lumpkin*<br>Carol Lumpkin, Esq.<br>carol.lumpkin@klgates.com<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 3900<br>Miami, Florida 33131<br>Phone: 305.539.3300 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2

## **CERTIFICATE OF SERVICE**

      I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 24th day of June, 2022.

                                    */s/ Benjamin J. Sweet*
                                    Benjamin J. Sweet