IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>   Plaintiff,<br><br>v.<br><br>SCENTAIR TECHNOLOGIES, LLC,<br><br>   Defendant. | Case No. 22-CV-00205-SPM |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice (Doc. 12);

**IT IS ORDERED AND ADJUDGED** that Plaintiff Eric Foreman'ss Complaint against Defendant ScentAir Technologies, LLC is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii), each party to bear own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: June 24, 2022

            MONICA A. STUMP,
             Clerk of Court

            By: s/ *Jackie Muckensturm*
            Deputy Clerk


**APPROVED: s/** *Stephen P. McGlynn*
     STEPHEN P. MCGLYNN
     U.S. District Judge